Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON l. FAIRCHILDS,<br><br>Defendant. | Docket Number 6:19-po-00118-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated: June 6, 2019         /S/ Susan St. Vincent_____
                            Susan St. Vincent
                            Legal Officer
                            Yosemite National Park

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Fairchilds* 6:19-po-00118-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: June 7, 2019 

UNITED STATES MAGISTRATE JUDGE